

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PETRA ANN PARKER,

Plaintiff,

vs.

DEMOCRACY RESOURCES; SERVICE EMPLOYEES INTERNATIONAL UNION,

Defendants.

CASE NO. CV 12-08401 MMM (PJWx)

JUDGMENT FOR DEFENDANTS

On November 22, 2013, the court granted the motion of defendant Service Employees International Union (the "SEIU") to dismiss plaintiff Petra Ann Parker's complaint, dismissing Parker's claim for tax evasion with prejudice as to both defendants and granting Parker leave to amend her other causes of action. On January 14, 2014, the court *sua sponte* struck claims for tax evasion and defamation pled in Parker's first amended complaint. On April 7, 2014, the court granted defendants' motions to dismiss Parker's first amended complaint, dismissing Parker's Title VII, Age Discrimination in Employment Act, and California Fair Employment and Housing Act claims against the SEIU with prejudice. On July 24, 2014, the court entered an order granting defendants' motions to dismiss Parker's second amended complaint with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of her complaint; and

2. That the action be, and it is hereby, dismissed.

DATED: July 24, 2014

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE